UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MARIA SOUTO

    V.                                      CIVIL ACTION NO. 05-11231-RGS

NEW CENTURY MORTGAGE CORP., ET AL

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                               **JANUARY 5, 2006**

FOR FAILURE OF THE PLAINTIFF TO FILE A RETURN OF SERVICE OF SUMMONS, OR SHOW CAUSE WHY SERVICE HAS NOT BEEN MADE PURSUANT TO THE PROVISIONS OF RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 4.1(b),

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                                                             RICHARD G. STEARNS
                                                             UNITED STATES DISTRICT JUDGE

**BY:**

                                                             /s/ Mary H. Johnson
                                                              Deputy Clerk

**DATED: 1-5-06**